Electronic Document        Jul 24 2026 14:10:01        2026-M-00260-SCT        Pages: 2

**Serial: 263033**

## IN THE SUPREME COURT OF MISSISSIPPI

### No. 2026-M-00260-SCT

*ANITA STAMPS*                                                                 *Petitioner/Appellant*

 *v.*

*HERBERT JONES*                                                             *Respondent/Appellee*

### EN BANC ORDER

Before the Court is the Petition for Interlocutory Appeal filed by Anita Stamps. Based on the sufficiency of the petition and exhibits, we find that no further briefing or record presentation is necessary for this Court to make a decision. M.R.A.P. 5(e).

Herbert Jones's lawsuit against Anita Stamps was pending for almost two years. The Circuit Court of Sunflower County, *sua sponte*, determined that venue was improper under Mississippi Code Section 11-11-3 and transferred the case to the Circuit Court for the First Judicial District of Hinds County. After due consideration, Court finds that the *sua sponte* determination of venue and transfer was improper under ***Breal v. Downs Law Group***, 376 So. 3d 1221, 1224-25 (Miss. 2023), which held that a trial court cannot *sua sponte* raise venue a year into litigation. Therefore, we grant the petition, vacate the transfer order, and remand to the Circuit Court of Sunflower County for further proceedings.

IT IS THEREFORE ORDERED that Anita Stamps's Petition for Interlocutory Appeal is granted. The transfer order of the Circuit Court of Sunflower County is vacated.

The case is remanded to the Circuit Court for the First Judicial District of Hinds County to enter an order of transfer to the Circuit Court of Sunflower County for further proceedings. The costs of appeal are taxed to the Respondent/Appellee, Herbert Jones.

SO ORDERED.

**ALL JUSTICES AGREE.**

DIGITAL SIGNATURE
Order#: 263033
Sig Serial: 100012630
Org: SC
Date: 07/24/2026

Leslie D. King, Presiding Justice

2